**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ZHAO YUAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-218-JDK-KNM |
| | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's notice of voluntary dismissal. Docket No. 20. Pursuant to the notice of voluntary dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the complaint is **DISMISSED** without prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**So ordered and signed on this**
**Jun 18, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE